```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13324
   DANA STAFFORD MENEFEE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4904

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was confirmed 09/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG          .00           .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE     39955.99           .00            .00
COOK COUNTY TREASURER    SECURED            3200.00        219.33         961.38
HONOR FINANCE            SECURED VEHIC      7000.00        152.47        2427.79
MCG EQUITIES             CURRENT MORTG          .00           .00            .00
MCG EQUITIES             SECURED            4800.00           .00         560.00
INTERNAL REVENUE SERVICE PRIORITY           2000.00           .00            .00
AMERICREDIT FINANCIAL SV UNSECURED         10654.69           .00            .00
CAPITAL ONE              UNSECURED          3110.03           .00            .00
CORPORATE COLLECTION     UNSECURED        NOT FILED           .00            .00
COMCAST/CHICAGO          UNSECURED        NOT FILED           .00            .00
COMCAST                  UNSECURED        NOT FILED           .00            .00
PATHOLOGY ASSOC OF CHICA UNSECURED        NOT FILED           .00            .00
EMERGENCY CARE PHYSICIAN UNSECURED        NOT FILED           .00            .00
PATHOLOGY ASSOCIATES OF  UNSECURED        NOT FILED           .00            .00
PATHOLOGY ASSOCIATES OF  UNSECURED        NOT FILED           .00            .00
ELK GROVE LAB PHYSICIANS UNSECURED        NOT FILED           .00            .00
ASPEN                    UNSECURED           658.46           .00            .00
RUSH UNIVERSITY MEDICAL  UNSECURED        NOT FILED           .00            .00
SBC                      UNSECURED        NOT FILED           .00            .00
PHYSICIAN ANESTHESIA ASS UNSECURED        NOT FILED           .00            .00
PELLETTIERI & ASSOC      UNSECURED        NOT FILED           .00            .00
SALUTE/UTB               UNSECURED        NOT FILED           .00            .00
FIRST USA BANK           UNSECURED        NOT FILED           .00            .00
SPRINT NEXTEL            UNSECURED           810.28           .00            .00
RECOVERY MANAGEMENT SYST UNSECURED           572.00           .00            .00
INTERNAL REVENUE SERVICE UNSECURED         17673.65           .00            .00
SECOND START             DEBTOR ATTY       2,960.00                          .00
TOM VAUGHN               TRUSTEE                                          338.03
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13324 DANA STAFFORD MENEFEE
```

```
--------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     4,659.00

PRIORITY                                                 .00
SECURED                                             3,949.17
    INTEREST                                          371.80
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  338.03
DEBTOR REFUND                                            .00
                         ---------------     ---------------
TOTALS                      4,659.00                4,659.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 08 B 13324 DANA STAFFORD MENEFEE